ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
JEFFREY S. BLANCK, ESQ.
Nevada State Bar No. 3913
WINOGRAD & BLANCK, LTD.
310 South Arlington Avenue
Reno, Nevada 89501
(775)284-4448

Attorneys for Plaintiff
ROBERTO NEREY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERTO NEREY,

    Plaintiff,

v.

CARSON CITY SHERIFF'S DEPARTMENT;
And DONALD GIBSON, in his official and
Individual capacity,

    Defendants.

_____/

Case No. CV-N-05-0436-LRH-VPC

**STIPULATION FOR LIMITED
DISCOVERY DURING PENDENCY
OF DISPOSITIVE MOTIONS AND FOR
A TEMPORARY STAY OF LR 26-1E
DISCOVERY PLAN AND
SCHEDULING ORDER**

In light of the Federal Rule of Civil Procedure 26 (f) conference that was held on

September 19, 2005, the parties stipulate, in accordance with the Federal Rules of Civil

Procedure 26 and local rule 26-1-d, as follows:

1. To initially engage in the least costly form of discovery, i.e. written discovery pursuant to

    Federal Rules of Civil Procedure 33 and 34;

2. For a temporary stay of the deadlines that are typically set pursuant to Local Rule 26-

    1(e), pending the Court's ruling on Defendant's pending Motion for Summary Judgment

    and Motion to Dismiss; and

3.  To exchange relevant documents pursuant to Local Rule 26-1, Initial Disclosures, as

discussed by the parties on September 19, 2005.

The parties further stipulate and agree that if there are claims remaining following the

Court's anticipated decisions of Defendants' dispositive Motions, the LR-26-1(e) Discovery Plan

and Scheduling Order will be filed within fourteen (14) days after service of the Court's Order.

DATED this 29 day of September, 2005

WINOGRAD & BLANCK, LTD.

By _____
JEFFREY S. BLANCK

DATED this 28 day of September, 2005

CARSON CITY DISTRICT ATTORNEY

By _____
MICHAEL SUGLIA, Deputy DA

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED November 21, 2005

2

## CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of WINOGRAD & BLANCK, LTD., and that on _____, I caused a true and correct copy of the **STIPULATION FOR LIMITED DISCOVERY DURING PENDENCY OF DISPOSITIVE MOTIONS AND FOR A TEMPORARY STAY OF LR 26-1E DISCOVERY PLAN AND SCHEDULING ORDER**

to be served:

_____    (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Winograd & Blanck, Ltd., mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

_____    (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(ees) at the address(es) set forth below.

_____    (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

_____    Federal Express or other overnight delivery

_____    Reno/Carson Messenger Service

addressed as follows:

Michael Suglia, Deputy DA
Carson City District Attorney
885 East Musser Street, Suite 2030
Carson city, Nevada 89701


_____
An employee of WINOGRAD & BLANCK, LTD.

3